UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Serena Shalyn Burris                                    Docket No. 7:15-MJ-1091-RJ

**Petition for Action on Probation**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Serena Shalyn Burris, who, upon an earlier plea of guilty to Shoplifting by Concealment, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 14-72.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on August 5, 2015, to a 12-month probation term under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the time of her initial appointment on August 24, 2015, the defendant reported a significant history of substance abuse that began when she was an adolescent. Ms. Burris admittedly has never participated in outpatient substance abuse counseling and was recently terminated from a Suboxone program after testing positive for marijuana. The urinalysis screening Ms. Burris submitted on August 5, 2015, was negative for all substances; however, she reported abusing heroin, opiate pain management medications, and marijuana within the past year. Ms. Burris also reported previous diagnoses of Bipolar Disorder, Manic Depression, and Borderline Personality Disorder. Ms. Burris was referred to a local treatment provider for an evaluation and this officer is respectfully recommending that her conditions of supervision be modified to include substance abuse and mental health treatment to ensure compliance with any recommendations for treatment that may be forthcoming.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-346-5104
Executed On: August 26, 2015

Serena Shalyn Burris
Docket No. 7:15-MJ-1091-RJ
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_26\_\_ day of \_\_August\_\_, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge